AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| ZELTIQ AESTHETICS, INC., | ) |
| *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. 16-cv-22321 Ungaro/Otazo-Reyes |
| WAX BAR & SKIN CARE LOUNGE MIAMI INC. and LIZETTE RESTREPO | ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LIZETTE RESTREPO
7294 S.W. 117 Avenue, Miami, Florida 33183

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

S. Carey Villeneuve, BUCHANAN INGERSOLL & ROONEY,
1200 E. Las Olas Blvd., Suite 500 Fort Lauderdale, Florida 33301,
Counsel for Zeltiq Aesthetics, Inc.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: Jun 21, 2016

Steven M. Larimore
Clerk of Court

*s/ S. Reid*
Deputy Clerk
U.S. District Courts