UNITED STATES COURT DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ZELTIQ AESTHETICS, INC.,

        Plaintiff,

vs.

WAX BAR & SKIN CARE LOUNGE MIAMI
INC. and LIZETTE RESTREPO,

        Defendants.

Case No: 16-cv-22321

**STIPULATED ORDER TO DISMISS AND ENTRY OF PERMANENT INJUNCTION**

        The parties to the above action have reached a settlement of the claims, the terms of which include entry of a Stipulated Permanent Injunction. Accordingly, Plaintiff Zeltiq Aesthetics, Inc. and Defendants Wax Bar & Skin Care Lounge Miami, Inc. and Lizette Restrepo hereby stipulate to entry of the following Permanent Injunction and dismissal of the action as follows:

        Defendants Wax Bar & Skin Care Lounge Miami, Inc. and Lizette Restrepo (collectively, "Defendants"), are permanently restrained and enjoined from:

        (a)    using the marks Zeltiq®, CoolSculpting®, Cryolipolysis®, and any other Zeltiq mark or any confusingly similar mark or colorable imitation thereof – including "Cryo Therapy Fat Blast" – in connection with the promotion, advertisement, display, sale, or distribution of any goods or services offered by Defendants;

        (b)    performing any act, making any statement, or distributing any materials that are likely to lead members of the public to believe that any device(s) owned or services performed, distributed, leased, or sold by Defendants are associated or connected with Zeltiq, or are sold, licensed, sponsored, approved or authorized by Zeltiq, or provide services that are the clinical equivalent of any goods or services offered by Zeltiq;

        (c)    reproducing, displaying, distributing, or creating derivative works from any text, graphics, photographs, videos, or other materials owned by and/or emanating from Zeltiq or its Authorized Providers concerning Cryolipolysis and the results therefrom;

1

(d) offering or performing cooling-based body contouring services with any device that has not been cleared by the United States Food and Drug Administration; and

(e) otherwise taking any action likely to cause public confusion, mistake, or deception as to the connection, affiliation, sponsorship, approval, or other association of Defendants' goods or services with Zeltiq or its goods or services.

This Court shall retain jurisdiction over this matter for the purposes of enforcing the provisions of this Stipulated Final Judgment and Permanent Injunction.

Except as otherwise ordered in this Stipulated Permanent Injunction, the claims asserted by Plaintiff against Defendants are dismissed with prejudice; the parties have privately agreed to terms regarding the reimbursement of costs and attorney's fees.

Agreed to:
By Zeltiq Aesthetics, Inc.

Printed Name: Christine Nassi
Title: Corporate Counsel
Date: 7/29/16

Agreed to:
By Wax Bar & Skin Care Lounge Miami Inc.

Printed Name: Lizette Restrepo
Title: President
Date: 7/28/16

Agreed to:
By Lizette Restrepo

Date: 7/28/16

DONE AND ORDERED in Chambers, Miami, Florida this __29th___ day of August, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record

2